Report Date: October 2, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 0 2 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Salomon Mejia Preciado | Case Number: | 0980 2:13CR02072-WFN-1 |
| Address of Offender: | Yakima, Washington 98902 | | |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: March 17, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Firearms, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 47 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | June 9, 2017 |
| Defense Attorney: | TBD | Date Supervision Expires: | June 8, 2020 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer. |
| | **Supporting Evidence**: On June 20, 2017, this officer met with Salomon Mejia Preciado and reviewed the conditions of supervision as outlined in the Judgement and Sentence and signed acknowledging the requirements. |
| | On September 29, 2017, Mr. Preciado was arrested in Missoula, Montana, after the vehicle he was traveling in was stopped by the Montana State Patrol and local authorities. Mr. Preciado did not request permission from this officer nor was he granted permission to leave the Eastern District of Washington; therefore, he left the district without first obtaining permission from this officer or the Court. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 2, 2017

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

10/2/17

Date