Report Date: December 22, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE  
U.S. DISTRICT COURT  
EASTERN DISTRICT OF WASHINGTON  

Dec 26, 2017  

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Salomon Mejia Preciado          Case Number: 0980 2:13CR02072-SAB-1

Address of Offender:                    Yakima, Washington 98902

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge  
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: March 17, 2014

Original Offense:        Felon in Possession of Firearms, 18 U.S.C. § 922(g)(1)

Original Sentence:       Prison - 47 months;              Type of Supervision: Supervised release  
                         TSR - 36 months

Asst. U.S. Attorney:     Thomas J. Hanlon                 Date Supervision Commenced: June 9, 2017

Defense Attorney:        Jeffrey Dahlberg                 Date Supervision Expires: June 8, 2020

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on 10/02/2017.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: On June 20, 2017, this officer met with Salomon Mejia Preciado and reviewed the conditions of supervision as outlined in the Judgment and Sentence, and he signed acknowledging the requirements.<br><br>Mr. Preciado was indicted in the District of Montana under docket number CR 17-32-M-DWM, for the offense of count 1: Conspiracy to Distribution of a Methamphetamine, in violation of 21 U.S.C. § 846; count 2: Distribution of Methamphetamine, in violation of 21 U.S.C. § 841(a)(1); and count 3: Possession with the Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1). He appeared for a Rule 5 Out hearing on December 13, 2017, before U.S. Magistrate Judge Dimke, and he waived his identity and preliminary hearing. A detention hearing was scheduled but the offender waived this hearing on December 21, 2017. |

Mr. Preciado is currently scheduled to appear in the Eastern District of Washington on January 3, 2018, on the supervised release petition noted above.

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 22, 2017

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[xx]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[xx]  Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

12/26/2017
Date